UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

F.S.S.,

Petitioner,

v.

JULIO HERNANDEZ et al.,

Respondents.

CASE NO. 2:26-cv-04060-DGE

ORDER PROVISIONALLY BARRING REMOVAL TO PRESERVE THE COURT'S JURISDICTION

This matter comes before the Court on its own review of the record. Today, the Court received notice the Government intends to remove Petitioner from the United States within 72 hours. (Dkt. No. 23.) Because federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter" *see A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025), the Court sua sponte ORDERS that Respondents are PROHIBITED from removing Petitioner from the United States or this jurisdiction—i.e., the Western District of Washington—pending a decision from this Court on the Petitioner's underlying petition for writ of habeas corpus. (Dkt. No. 1.)

Dated this 6th day of November, 2026.

David G. Estudillo
United States District Judge